·(65 Misc. Rep. 310.)

## MANDEL v. FERTIG.

(City Court of New York, Special Term. December, 1909.)

1. COURTS (§ 188*)—MUNICIPAL COURTS—JURISDICTION.
   The Municipal Court of New York has no jurisdiction of an action for forcible entry and detainer.
   [Ed. Note.—For other cases, see Courts, Dec. Dig. § 188.*]

2. COSTS (§ 22*) — MUNICIPAL COURTS — RECOVERY OF JUDGMENT — RIGHT TO COSTS.
   Where, in an action in the City Court of New York for forcible entry and detainer, plaintiff recovers judgment for $50, he is entitled to costs.
   [Ed. Note.—For other cases, see Costs, Dec. Dig. § 22.*]

Action by Lippman Mandel against Jacob Fertig. Judgment for plaintiff. On motion to compel clerk to tax costs. Motion granted.

William Halpert, for plaintiff.
Bernard Gordon, for defendant.

GREEN, J. This is a motion to compel the clerk of this court to tax the costs in this action. The action was for forcible entry and detainer. Upon the trial the plaintiff recovered judgment for $50, which was tried under the statute. The clerk refused to tax the costs upon the ground that the Municipal Court had jurisdiction of the action. While it is true that the Municipal Court has jurisdiction in an action for trespass, I find no authority giving it jurisdiction in such an action as the case at bar. The Municipal Court act (Laws 1902, c. 580) gives to that court jurisdiction in an action for an injury to property; but I am of the opinion that the action at bar is not such an injury within the meaning of the section involved. The motion to compel the clerk to tax costs is therefore granted.

Motion granted.